UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOHNSON,

        Petitioner,           Case No. 20-cv-11461
                                        Hon. Matthew F. Leitman

v.

JOHN CHRISTIANSEN,

        Respondent.
_____/

**ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION (ECF No. 15)**

Petitioner David Johnson is an inmate in the custody of the Michigan Department of Corrections. On May 22, 2020, Johnson filed a petition for habeas corpus under 28 U.S.C. § 2254. (*See* Pet., ECF No. 1.) Johnson seeks relief from multiple state-court narcotics convictions. (*See id.*) On January 20, 2021, the Court entered an order in which it directed Respondent to "file a responsive pleading … and any Rule 5 materials by March 10, 2021." (Order, ECF No. 12, PageID.85.)

Johnson has now filed a motion for reconsideration of the Court's order. (*See* Mot. for Reconsideration, ECF No. 15.) In the motion, Johnson argues that Respondent has "had more than ample time to prepare a response to [his] petition," and he asks the Court to require Respondent to respond to the petition "within 14 days." (*Id.*, PageID.90.)

1

The Court has carefully reviewed Johnson's motion concludes that he is not entitled to relief. The Court carefully selected the date by which Respondent must respond to Johnson's petition. Given the number of claims that Williams has raised, and the complexity of those claims, the Court remains convinced that it is appropriate to allow Respondent to file a response by March 10, 2021. Accordingly, Williams' motion for reconsideration is **DENIED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 9, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2