UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JOHNSON,

       Petitioner,                        Case No. 20-cv-11461
                                            Hon. Matthew F. Leitman

v.

JOHN CHRISTIANSEN,

       Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                        By:    s/Holly A. Ryan_____
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN                 Dated: June 7, 2022
United States District Judge          Detroit, Michigan